**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6883**

---

BOBBIE RAY EDWARDS,

Petitioner - Appellant,

v.

STANLEY LOVETT,

Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:23-cv-00091-GMG-RWT)

---

Submitted:  December 19, 2024                    Decided:  December 27, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bobbie Ray Edwards, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobbie Ray Edwards, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *Edwards v. Lovett*, No. 3:23-cv-00091-GMG-RWT (N.D. W. Va. Aug. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*